IN RE RESIGNATION OF RICHARDSON.

[Cite as In re Resignation of Richardson (1988), 35 Ohio St. 3d 611.]

(D.R. No. 88-2—Decided March 9, 1988.)

The resignation of Warren B. Richardson as an attorney is accepted.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

POOLE ET AL. v. HUFFMAN, GOODING & KELLY.

POOLE ET AL. v. LANE, ALTON & HORST.

[Cite as Poole v. Huffman, Gooding & Kelly (1988), 35 Ohio St. 3d 611.]

(Nos. 87-2143 and 87-2144—Decided March 16, 1988.)

The petitions for writs of mandamus and for writs of prohibition, having been found to be frivolous and having been filed for no reasonable cause, are dismissed and the matters are referred to the trial court to determine an appropriate assessment of court costs and expenses against petitioners, pursuant to the standard for awarding interest and damages set forth in R.C. 2505.35.

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.